# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Melanie Renee Joiner

                                      Plaintiff,

v.                                                         Case No.: 3:22–cv–00062

John Wilder Youth Development Center

                                      Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/16/2022 re [8].

                                                                      Lynda M. Hill
                                                        s/ Kim Chastain, Deputy Clerk